**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**KEVIN GERVASIO,**

                                **Plaintiff,**

   v.                                                                 **9:20-CV-346**
                                                                                  **(TJM/DJS)**

**RICARDO DIAZ and ALEZ ROSA,**

                                  **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION and ORDER

### I. INTRODUCTION

This pro se civil rights action was referred to the Hon. Daniel J. Stewart, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and N.D.N.Y.72.3(c). Judge Stewart reviewed Defendants' Motion to Dismiss based on Plaintiff's failure to properly update his address and failure to prosecute. Dkt. No. 37. Judge Stewart recommends that the motion be granted. *See* Report-Recommendation and Order, Dkt. No. 39. No objections to the Report-Recommendation and Order have been filed, and the time to do so has expired.

### II. DISCUSSION

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

1

**III.     CONCLUSION**

Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report-Recommendation and Order (Dkt. No. 39) for the reasons stated therein. Therefore, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (Dkt. No. 37) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: August 25, 2022

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge